IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-434-JLH-CJB |
| | ) |
| GLAND PHARMA LIMITED, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 18th day of August 2025:

WHEREAS, on July 22, 2025, Magistrate Judge Burke issued a Report and Recommendation (D.I. 79) in this action, which recommended that the Court deny Defendant's Motion for Judgment on the Pleadings (D.I. 32); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 79) is ADOPTED.  Defendant's Motion for Judgment on the Pleadings (D.I. 32) is DENIED.

_____
Honorable Jennifer L. Hall
United States District Judge